ANTON PEREIRA *v.* WILLIAM BLAU

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 377, is denied.

*John N. Montalbano* and *Geraldine Ficarra,* in support of the petition.

Decided November 28, 1984

MARY PETROWSKI *v.* NORWICH FREE ACADEMY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 2 Conn. App. 551, is granted.

*Wesley W. Horton,* in support of the petition.

*Marvin M. Horwitz,* in opposition.

Decided November 28, 1984

LOUIS VITALE ET AL. *v.* MICHAEL NATALINO ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 345, is denied.

*Louis Vitale,* in support of the petition.

*Bruce L. Levin,* in opposition.

Decided November 28, 1984